1  Troy D. Monge, Esq.
   Law Offices of Martin Taller, APC
2  2300 E. Katella Ave, Suite 440
3  ANAHEIM, CALIFORNIA 92806
   TELEPHONE (714) 385-8100
4  FACSIMILE (714) 385-8123
5  troymonge@hotmail.com

6
   Attorney Bar #217035
7  Attorneys for Susan Farrar

8

9              UNITED STATES DISTRICT COURT
10             CENTRAL DISTRICT OF CALIFORNIA

11
   SUSAN FARRAR,                    ) No. 8:20-cv-01810-SHK
12                                  )
13     Plaintiff,                   ) [PROPOSED] ORDER AWARDING
                                    ) EQUAL ACCESS TO JUSTICE
14        v.                        ) ACT ATTORNEY FEES AND
15                                  ) COSTS
   KILOLO KIJAKAZI, Acting          )
16 Commissioner of Social Security, )
17                                  )
       Defendant.                   )
18                                  )
19 _____)
       Based upon the parties' Stipulation for Award and Payment of Attorney
20
   Fees:
21
       IT IS ORDERED that the Commissioner shall pay attorney fees and
22
   expenses the amount of FIVE THOUSAND THREE HUNDRED FIFTY
23
   DOLLARS and NO CENTS ($5,350.00), and costs under 28 U.S.C. § 1920 in the
24
   amount of FOUR HUNDRED DOLLARS ($400.00), as authorized by 28 U.S.C.
25
   §§ 2412(d), 1920, subject to the terms of the above-referenced Stipulation.
26
       Dated:   2/1/2022
27                         _____
28                         THE HONORABLE SHASHI H. KEWALRAMANI
                           UNITED STATES MAGISTRATE JUDGE

                                    1